IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSHUA SUND,

    Defendant.

4:22CR3026

**ORDER**

    Defendant has moved to continue his change of plea hearing. (Filing No. 30). Defense counsel states Defendant "asked counsel to do some research on a small matter," and "Counsel believes it is reasonable that this request be honored." (Filing No. 30). The trial of this case was continued three times. Then the court was notified that the defendant wants to enter a plea of guilty. Now, the plea hearing has been continued three times at Defendant's request. If the current motion is granted, the court would be setting the seventh continuance, and a fourth plea hearing, on a case that is over ten months old. Moreover, the pending motion does not explain how the "small matter" to be researched may impact whether the defendant enters a plea of guilty. The court finds the motion should be denied. Accordingly,

IT IS ORDERED:

1)     Defendant's motion to continue, (Filing No. 30), is denied.

2)     Defendant's plea hearing remains set to be held before the undersigned magistrate judge on January 31, 2023 at 1:00 p.m.. If the defendant is not prepared to plead guilty at the hearing, a trial will be set.

January 30, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge